IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
        v.                    )   CASE NO. 2:12-CR-87-WKW
                              )            [WO]
WILLIE JEROME DAVIS           )

## ORDER

Before the court is Defendant Willie Jerome Davis's *pro se* motion asking for reconsideration of the Order denying his motion for compassionate release "in light of *Concepcion v. United States*, 142 S. Ct. 2389 (2022)." (Doc. # 971.) The Government filed a response in opposition. (Doc. # 973.) Mr. Davis replied with a motion to stay. (Doc. # 977.) Mr. Davis's motions will be denied.

Mr. Davis was convicted on multiple drug-related charges, including conspiracy to possess with intent to distribute cocaine hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 846. He is serving a sentence of life. *See* https://www.bop.gov/inmateloc/ (last visited Jan. 24, 2023); (Doc. # 661.)

Based upon binding Eleventh Circuit precedent, *see United States v. Bryant*, 996 F.3d 1243 (11th Cir. 2021), Mr. Davis's new motions do not demonstrate extraordinary and compelling reasons warranting compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) or a stay. Again, the grounds he argues for compassionate release do not fall within the extraordinary and compelling reasons delineated by the

policy statement in U.S.S.G. § 1B1.13 that governs motions under § 3582(c)(1)(A). Contrary to Mr. Davis's argument, the *Concepcion* decision did not overturn or undermine the law of this circuit. *See United States v. Beckford*, No. 22-10638, 2022 WL 4372553 at *3 (11th Cir. Sept. 22, 2022) ("*Concepcion*'s holding does not address compassionate release motions," and "we cannot conclude that *Concepcion* abrogates this Court's prior holding in *Bryant*." (citing *Bryant*, 996 F.3d at 1262)); *United States v. Hamilton*, No. 22-11598, 2022 WL 16845149, at *3 (11th Cir. Nov. 10, 2022) (accord).

Based on the foregoing, it is ORDERED that Mr. Davis's motion asking for reconsideration of the Order denying his motion for compassionate release "in light of *Concepcion v. United States*, 142 S. Ct. 2389 (2022)" (Doc. # 971) is DENIED. It is further ORDERED that Mr. Davis's motion to stay (Doc. # 977) is DENIED.

DONE this 24th day of January, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE